1  BRIAN K. WALTERS, ESQ.
   Nevada Bar No. 9711
2  GORDON REES SCULLY MANSUKHANI, LLP
   300 S. 4th Street, Suite 1550
3  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
4  Facsimile: (877) 306-0043
   E-Mail: bwalters@grsm.com
5
   *Attorneys for Defendants*
6  *HISCOX INSURANCE COMPANY INC.*
   *and HISCOX, INC.*
7

8               UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10 | THC NEVADA, LLC,                          | Eighth Judicial District Court
11 |                                           | Case No.:   A-21-828739-C
   |        Plaintiff,                         | Dept. No.:  29
12 | vs.
   |                                           | **NOTICE OF REMOVAL**
13 | HISCOX INSURANCE COMPANY, INC., ET AL.
14 |
   |        Defendants.
15 |

16       PLEASE TAKE NOTICE that Defendants Hiscox Insurance Company Inc. ("HIC") and

17 Hiscox, Inc. ("HI") (collectively "Hiscox") hereby remove this action from the District Court of

18 Clark County, Nevada to the United States District Court for the District of Nevada, pursuant to

19 28 U.S.C. §§ 1332, 1441 and 1446. In support hereof, Hiscox further states as follows:

20       **I.     REMOVAL JURISDICTION**

21       1.   This action is removable to this Court pursuant to 28 U.S.C. § 1332, because

22 complete diversity exists between the parties and the amount in controversy exceeds $75,000.

23       2.   Removal to this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1446(a).

24       **II.    RELEVANT PROCEDURAL BACKGROUND**

25       3.   Plaintiff THC Nevada, LLC ("Plaintiff") filed its Amended Complaint on May

26 28, 2021 in the District Court of Clark County, Nevada. (See Plaintiff's Amended Complaint,

27 attached hereto as Ex. A). Plaintiff alleges four separate causes of action against Hiscox: (a)

28 Breach of Contract; (b) Violations of NRS 686A.310 and Violation of Good Faith and Fair

Dealing; (c) Declaratory Relief; and (d) Tortious Breach of Implied Covenant of Good Faith and Fair Dealing.  (See id.).

4. Hiscox received formal service of Plaintiff's Amended Complaint on June 9, 2021.  (See Notice of Service, attached hereto as Ex. B).

5. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of "all process, pleadings, and orders" served on Hiscox is attached hereto as Ex. A and B.

### III. TIMELINESS OF REMOVAL

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal must be filed within thirty (30) days after Hiscox's receipt of the Amended Complaint (through service or otherwise).  As set forth in ¶ 4 supra, Hiscox received formal service of the Amended Complaint on June 9, 2021.  Therefore, this Notice of Removal is timely.

### IV. VENUE

7. Removal is proper under 28 U.S.C. § 1441(a), because this Court sits in the District and Division "embracing the place where [this] action is pending" – the District Court of Clark County, Nevada.  (See Ex. A).

### V. JURISDICTION

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), because there is complete diversity between the parties and the amount in controversy exceeds $75,000 (exclusive of costs and interest).

9. There is complete diversity between Plaintiff and Hiscox, because: (a) Plaintiff is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada and whose members are Nevada residents; (b) HIS is an Illinois corporation with its principal place of business in Chicago, Illinois; and (c) HI is a Delaware corporation with its principal place of business in Chicago, Illinois.  (See Ex. A at ¶¶ 1-2, 5).

10. The amount in controversy exceeds $75,000 (exclusive of costs and interests), as: (a) Plaintiff seeks recovery of more than $500,000 in alleged losses; and (b) Plaintiff alleges multiple causes of action for extra-contractual liability and seeks compensatory and punitive damages  (See Ex. A at pp. 2-6).

11. Accordingly, this action is removable pursuant to 28 U.S.C. § 1441.

## VI. NOTICE TO PLAINTIFF'S COUNSEL AND THE STATE COURT

12. Pursuant to 28 U.S.C. § 1446(d), Hiscox will provide Plaintiff's counsel with a copy of this Notice of Removal and file a copy hereof with the Clerk of the District Court of Clark County.

## VII. CONCLUSION

13. For the foregoing reasons, this action is properly removable to this Court, and Hiscox respectfully request that this Court assume full jurisdiction over this matter.

DATED this 8th day of July, 2021.

GORDON REES SCULLY
MANSUKHANI, LLP

/s/ Brian K. Walters
Brian K. Walters, Esq.
Nevada Bar No. 9711
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorney for Defendants HISCOX INSURANCE COMPANY INC. and HISCOX, INC.*

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 8th day of July, 2021, the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** was mailed via U.S. Post Office, first class postage prepaid, upon the following:

H. Stan Johnson, Esq.
Ryan D. Johnson, Esq.
COHEN-JOHNSON, LLC
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
sjohnsn@cohenjohnson.com
rjohnson@cohenjohnson.com
*Attorneys for Plaintiff*

/s/ Gayle Angulo
An Employee of GORDON REES
SCULLY MANSUKHANI, LLP