BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (877) 306-0043
E-Mail: bwalters@grsm.com

*Attorneys for Defendants*
*HISCOX INSURANCE COMPANY INC.*
*and HISCOX, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THC NEVADA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HISCOX INSURANCE COMPANY, INC., ET AL. <br><br> Defendants. | 2:cv-21-1299-JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE OF THE PRETRIAL ORDER** |

Plaintiff, by and through its attorney, Ryan D. Johnson, Esq., of the law firm of Cohen-Johnson, LLC and Defendants., by and through their attorney, Brian K. Walters, of the law offices of Gordon Rees Scully Mansukhani LLP, HEREBY STIPULATE AND AGREE:

1. On January 10, 2022, the Court issued its Order on the parties' Stipulation to Extend Discovery Deadlines;

2. The parties' Stipulation did not address the deadline for the Joint Pretrial Order in the event a dispositive motion is filed;

3. On May 6, 2022, Defendants filed their Motion for Summary Judgment (ECF No. 16);

4. Therefore, consistent with LR 26-1(b)(5), "…the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order".

| | |
|---|---|
| Approved as to Form and Content | Approved as to Form and Content |
| DATED this 13th day of May 2022 | DATED this 13th day of May 2022 |
| **GORDON REES SCULLY MANSUKHANI, LLP** | **COHEN JOHNSON, LLC** |
| By: */s/ Brian K. Walters*<br>BRIAN K. WALTERS, ESQ.<br>Nevada Bar No. 9711<br>300 S. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Hiscox Insurance Company, Inc., et al.* | By: */s/ Ryan D. Johnson*<br>H. STAN JOHNSON, ESQ.<br>Nevada Bar No. 00265<br>RYAN D. JOHNSON, ESQ.<br>Nevada Bar No. 14724<br>375 E. Warm Springs Road, Ste. 104<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiffs* |

## ORDER

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause Appearing, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO ORDERED**

DATED: 5/18/2022

_____
**UNITED STATES MAGISTRATE JUDGE**