**COHEN JOHNSON, LLC**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
RYAN D. JOHNSON, ESQ.
Nevada Bar No. 14724
rjohnson@cohenjohnson.com
375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff THC Nevada, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THC NEVADA, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>HISCOX INSURANCE COMPANY, INC., ET AL.<br><br>  Defendants, | Case No.:   2:21-cv-01299-JCM-DJA<br><br>**STIPULATION AND JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND MOVED, by and between the parties, Plaintiff by and through its counsel of record Ryan D. Johnson, Esq., of the law firm of Cohen Johnson, LLC and Defendants., by and through their attorney Brian K. Walters, Esq., of the law offices of Gordon Rees Scully Mansukhani LLP, that the deadlines for the parties to submit their Opposition and Reply on Defendants' Motion for Summary Judgment be extended. Plaintiff's Opposition deadline would be extended from May 27, 2022 to June 10, 2022. Defendants' Reply deadline would be extended to June 24, 2022.

The parties stipulate and agree that good cause exists for the requested extension. Both of Plaintiff's attorneys in this matter have recently undergone significant medical challenges which has prevented them from attending to their caseloads. Plaintiff's attorney Ryan Johnson required

a stay in the hospital the day following the filing of Defendants' Motion for Summary Judgment and has only now returned to the office. Not long after, Plaintiff's attorney H. Stan Johnson tested positive for Covid-19 and is still recuperating. These complications have made it impossible to give this matter the time and attention it deserves as it is likely that this matter will be resolved on dispositive motions. Defendants counsel has graciously agreed that these circumstances warrant an extension of the briefing deadlines. The parties agree that this request for an extension of deadlines is in good faith and is not an attempt to unnecessarily delay these proceedings.

| | |
|---|---|
| Approved as to Form and Content<br>DATED this 25th day of May 2022.<br>COHEN JOHNSON, LLC | Approved as to Form and Content<br>DATED this 25th day of May 2022.<br>GORDON REES SCULLY MANSUKAHANI, LLP |
| */s/ Ryan D. Johnson*_____ | */s/Brian K. Walters*_____ |
| H. STAN JOHNSON, ESQ.<br>Nevada Bar No. 00265<br>RYAN D. JOHNSON, ESQ<br>Nevada Bar No. 14724<br>375 E. Warm Springs, Rd., Ste 104<br>Las Vegas, NV 89119<br>*Attorneys for Plaintiff THC Nevada, LLC* | BRIAN K. WALTERS, ESQ.<br>Nevada Bar No. 9711<br>300 S. 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>Attorneys for Defendant Hiscox Insurance Company, Inc., et al. |

### ORDER

This Court, having reviewed and considered the Stipulation and Motion by the parties, and Good Cause Appearing, the deadline for filing Plaintiff's Opposition to Defendant's Motion for Summary Judgment will be extended to June 10, 2022. Defendant's Reply deadline will be extended to June 24, 2022.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
DATED:  May 27, 2022

1
2  Prepared and Submitted by:
3  COHEN JOHNSON, LLC
4
5  By: */s/ Ryan D. Johnson*_____
   H. STAN JOHNSON, ESQ.
   Nevada Bar No. 00265
6  RYAN D. JOHNSON, ESQ.
   Nevada Bar No. 14724
7  375 E. Warm Springs Rd. Ste. 104
8  Las Vegas, NV 89119
   *Attorneys for Plaintiff THC Nevada, LLC*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COHEN JOHNSON, LLC**
375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada  89119
(702) 823-3500 FAX:  (702) 823-3400